PEOPLE v FARRAR. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 April 11, 1972, at Detroit. (Docket No. 11965.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas M. Khalil,* Assistant Prosecuting Attorney, for the people.

*Alfred B. Thomas,* for defendant on appeal.

Before: FITZGERALD, P. J., and MCGREGOR and O'HARA, JJ.

MEMORANDUM OPINION. The defendant was convicted of murder in the second degree and sentenced to a term of 10 to 15 years imprisonment.

An examination of the record and briefs discloses no error depriving the defendant of a substantial right.

Conviction is affirmed.